AO 106 (Rev. 04/10) Application for a Search Warrant

E-FILED
Thursday, 01 November, 2018 04:06:30 PM
Clerk, U.S. District Court, ILCD

FILED
NOV 01 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

GMAIL ACCOUNTS MRFOOLINYON@GMAIL.COM, IDCONNECT161@GMAIL.COM, & SLUMTHEWORLD@GMAIL.COM

Case No. 18-MJ-7167

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached hereto and incorporated by reference.

located in the Northern District of California, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud. |

The application is based on these facts:

Please see Affidavit of Special Agent Brian Schenkelberg, which is attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: __________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/Brian Schenkelberg
*Applicant's signature*

Special Agent Brian Schenkelberg, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

s/Eric I Long
*Judge's signature*

Date: 11/1/2018

City and state: Urbana, Illinois

HON. ERIC I. LONG, U.S. MAGISTRATE JUDGE
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH MRFOOLINYON@GMAIL.COM, IDCONNECT161@GMAIL.COM, AND SLUMTHEWORLD@GMAIL.COM, THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC.

Case No. 18-7167

**Filed Under Seal**

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT**

I, Brian Schenkelberg, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a search warrant for information associated with certain accounts that are stored at the premises controlled by Google, Inc., an email provider that is headquartered at 1600 Amphitheatre Parkway, Mountain View, California 94043. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Google to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since 2014. I am assigned to the Champaign Resident Agency of the Springfield Division and work primarily cybercrime matters. I have received training regarding cybercrime and financial crime matters, including investigation violations including Title 18, United States Code, Section 1343 (Wire Fraud). Prior to becoming a Special Agent, I was employed as a Senior Auditor II with the Office of Auditor of State, State of Iowa. I am a Certified Public Accountant (CPA) registered in Iowa.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 1343 (Wire Fraud) have been committed by Marcel Eric MBOULE. There also is probable cause to search the information described in Attachment A for evidence of these crimes as further described in Attachment B.

## PROBABLE CAUSE

5. An FBI investigation has revealed a scheme to fraudulently transfer funds from victim accounts under the direction of MBOULE, to an account controlled by Patrick GUENTANGUE, as described further below.

**Brief Background Regarding Patrick GUENTANGUE**

6. GUENTANGUE was arrested by the FBI on April 19, 2018. On July 13, 2018, GUENTANGE pleaded guilty to one count of violations of Title 18, United States Code, Sections 1343 and 1349, conspiracy to commit wire fraud related to the following events.

7. For reasons discussed further below, GUENTANGUE is believed to use the following alias: Andrew Mbah Molinga. Photographs of the individual utilizing the name "Andrew Mbah Molinga" appear to depict the same individual shown in GUENTANGUE's Florida driver's license photograph.

**Fraud Related to Williams Brothers Construction Inc.**

8. In or about September 2016, the University of Illinois Police Department contacted the FBI to report a theft and attempted theft against the University of Illinois in the amounts of $265,193.75 and $98,372.27. The details are as follows.

9. On July 29, 2016, a University of Illinois employee from the University of Illinois Payables division, C.F., received a phone call from an individual who stated that his name was Brad Johnson and said he was an employee of Williams Brothers Construction. At that time, the university had contracted with Williams Brothers Construction for building projects, and University Payables was supposed to send payments via direct deposit, or ACH transfer, to WBC's PNC bank account. The individual identifying himself as Brad Johnson requested that the university employee change WBC's bank account information. C.F. verbally and via a July 29, 2016, e-mail to

"Johnson" at the e-mail address accounts@wbccgroup.com instructed that he provide an updated Vendor Information Form and Direct Deposit Authorization form.[1]

10. Later on July 29, 2016, the individual identifying himself as Brad Johnson e-mailed the Vendor Information Form with the purported new Sun Trust Bank account number: 1000192012226 ("the 2226 account"); the Direct Deposit Authorization Form; and a copy of a voided check. C.F. informed him via e-mail, however, that certain information was missing.

11. On July 30, 2016, the individual identifying himself as Brad Johnson e-mailed the additional information to C.F., including a Vendor Information Form. The Vendor Information Form was signed by "Michael Langley," with the listed e-mail address michael.langley@wbccgroup.com. "wbccgroup.com" is not the domain used by WBC.[2] The form also listed the incomplete phone number "(309) 688-041" for Langley. The telephone number listed on WBC's public website is (309) 688-0416. The form listed two additional false e-mail addresses for WBC: accounts@wbccgroup.com and remittance@wbccgroup.com, both of which similarly utilized the false domain name for WBC. The form also listed a chief financial officer contact, Bob Lanham. The form also

---

[1] The IP address associated with the e-mail address accounts@wbccgroup.com was 217.70.183.195. A WHOIS lookup revealed that address resolved to Gandi Network Operations, 63-65 Boulevard Massena, Paris, France.

[2] A WHOIS lookup for the domain "wbccgroup.com" shows that this domain was created on July 29, 2016. No contact information was listed for the creator of the domain.

listed the incomplete phone number "(309) 688-041" for Lanham. Elsewhere on the form, WBC's correct telephone number is listed. No one by the name of Brad Johnson, Michael Langley, or Bob Lanham has ever worked for WBC, according to the company. The form also listed a "Ronald Alston" as a contact at SunTrust Bank; no Ronald Alston worked at the bank. Similar issues are seen on the direct deposit of accounts payable form sent by "Brad Johnson". A copy of a voided check also was submitted to University Payables via e-mail by the individual identifying himself as "Brad Johnson," in order to verify the new bank account number; the check appears to be fraudulent.

12. On August 1, 2016, C.F. advised "Johnson" via two e-mails to accounts@wbccgroup.com that his Request for Electronic Payment had been processed and that all future payments made by University Payables would be sent via ACH to the 2226 account provided.

13. On August 4, 2016, C.F. received another phone call from "Brad Johnson" inquiring as to when the payment would be made to the new bank account. Later that day, C.F. informed "Brad Johnson" via an e-mail to accounts@wbccgroup.com that the payment would be made at 4:00 p.m.

14. On August 5, 2016, a university employee made an ACH transfer of $265,193.75 payment from the university's bank, Bank of New York Mellon,[3] to the 2226 account for construction work completed at the university.

---

[3] The Bank of New York Mellon is an FDIC-insured institution.

15. On August 17, 2016, the university made an ACH transfer $98,372.27 from its Bank of New York Mellon account to the 2226 account.

16. On August 16, 2016, however, a Williams Brother Construction employee had contacted the university inquiring as to why the company had not received payment. Pursuant to an investigation of the matter, employees discovered that the e-mail requesting the account change had not been sent from Williams Brother Construction and was instead sent from an e-mail address similar to the e-mail address used by Williams Brother Construction. On August 17, 2016, the university was able to issue an ACH recall for the $98,372.27 and was able to recover those funds.

17. Records for the 2226 SunTrust account received by the University of Illinois Police Department showed the owner of the account as Woojin Electro-Nite Inc. "Andrew Mbah Molinga" was listed as a signatory on the account. Between August 5, 2016, and August 12, 2016, a total of $264,875.75 was withdrawn from the 2226 account. Select withdrawals are listed below.

a. On August 5, 2016, $80,000 was transferred from the 2226 account via outgoing Fedwire DR TRN #015624. This went to Wells Fargo account 1010286286763, in the name of PERSON ONE.

b. On August 8, 2016, $20,000 was withdrawn in an official check sale from the 2226 account. The official check was to the order of PERSON TWO. The withdrawal slip contains the purported signature of Molinga. The printed name on the withdrawal slip is "ANDREW MOLINGA".

- SunTrust Bank provided an image of the individual engaged in this "official check sale". The image provided matched the individual depicted in GUENTANGUE's Florida driver's license photograph.

c. Also on August 8, 2016, another $20,000 was withdrawn in an official check sale from the 2226 account. The official check was to the order of PERSON THREE. The withdrawal slip contains the purported signature of Molinga. The printed name on the withdrawal slip is "Andrew Molinga".

d. On August 8, 2016, $9,000 was withdrawn in an "official check sale" from the 2226 account.[4] The official check was to the order of PERSON FOUR. The withdrawal slip contains the purported signature of Molinga. The printed name on the withdrawal slip is "ANDREW MOLINGA".

- SunTrust Bank provided an image of the individual engaged in this "official check sale". The image provided matched the individual depicted in GUENTANGUE's Florida driver's license photograph.

e. On August 8, 2016, $32,000 was transferred out of the 2226 account via outgoing Fedwire DR TRN #011842. This went to Bank of America account 334050745587 in the name of COMPANY ONE.

---

[4] The withdrawal slip lists $9,000 but the receipt notes $9008 total with $8.00 in cash.

**Marcel Eric Mboule**

18. During an interview with the FBI, GUENTANGUE admitted his involvement in the above scheme. GUENTANGUE stated MBOULE set up the University of Illinois transfers. GUENTANGUE's cellular phone was reviewed as part of the investigation with GUENTANGUE's consent. A "WhatsApp" chat between GUENTANGUE and phone number 678-828-1555, labeled "Eric Mboule" was discovered.

19. Open source checks for phone number 678-828-1555 found Facebook and WhatsApp accounts associated with this phone number. The Facebook display name associated with this number is "Eric Mboule" and the profile photographs for Facebook and WhatsApp are identical. When shown pictures of a number of various individuals, GUENTANGUE recognized the Facebook/WhatsApp photograph as "Eric Mboule". Guentangue also identified MBOULE's passport photograph as "Eric Mboule". Subscriber information for phone number 678-828-1555 is pending.

20. MBOULE is a United States citizen who has a current address listed in Texas. MBOULE's previous addresses include Atlanta, Georgia, where GUENTANGUE said he met MBOULE through a mutual friend.

21. The following are select messages from the WhatsApp conversation between MBOULE and GUENTANGUE:

- MBOULE (8/5/16, 13:55 UTC) : **mrfoolinyon@gmail.com**
- GUENTANGUE (8/5/16, 13:55 UTC): ok

- MBOULE (8/5/16, 16:09 UTC): [PERSON ONE], Acct, 1010286286763, Intl routing, 121000248 $100k, Delete after read!
- GUENTANGUE (8/5/16, 20:38 UTC): Guentangue sends a picture of a receipt for $80,000 transferred to the account of PERSON ONE
- MBOULE (8/8/16, 00:20 UTC): [PERSON FOUR] 9k
- MBOULE (8/8/16, 14:35 UTC): [PERSON TWO] 20k, [PERSON THREE] 20k, COMPANY ONE 32k-wire, Bank of America, Accnt: 334050745587, Rout/Wires: 026009593, Delete after read!
- MBOULE (8/8/16, 14:35 UTC): [PERSON FOUR] 9k

22. Because MBOULE provided mrfoolinyon@gmail.com on the day he started to direct GUENTANGUE to transfer the ill-gotten proceeds from the University of Illinois, and transfers were made to individuals and accounts as directed by MBOULE, it is reasonable to conclude there may be relevant communications contained within this email address.

**Other Relevant Email Addresses**

23. A review of the entire WhatsApp chat indicates MBOULE and GUENTANGUE were involved in other fraudulent activity. FBI database checks indicate a number of fraudulent wires being sent into bank accounts that appear in the chat between MBOULE and GUENTANGUE. For example, on October 23, 2017, GUENTANGUE sent MBOULE information for DD Trucking & Equipments LLC, including Bank of America account 334050291178. FBI databases show that $34,500 was

fraudulently sent to this account on November 20, 2017. On November 20, 2017, MBOULE sent GUENTANGUE a screenshot of a wire for $34,500 from the same victim company. As such, it is reasonable to conclude other emails contained within this chat may have been used by MBOULE and GUENTANGUE to conduct fraudulent activity. The following are select messages from the chat:

- Mboule (3/2/17, 21:59 UTC): **idconnect161@gmail.com**
- Guentangue (3/2/17, 22:15 UTC): I sent it
- Guentangue (3/2/17, 22:16 UTC): Need it asap

24. Later on, the following messages were sent:

- Mboule (5/23/17, 21:36 UTC): **Slumtheworld@gmail.com**
- Guentangue (5/23/17, 21:37 UTC): Ok
- Guentangue (5/23/17, 21:41 UTC): Just sent it
- Mboule (5/23/17, 21:52 UTC): Ok

## BACKGROUND CONCERNING EMAIL

25. In my training and experience, I have learned that Google provides a variety of on-line services, including electronic mail ("email") access, to the public. Google allows subscribers to obtain email accounts at the domain name gmail.com, like the email accounts listed in Attachment A. Subscribers obtain an account by registering with Google. During the registration process, Google asks subscribers to provide basic personal information. Therefore, the computers of Google are likely to contain stored electronic communications (including retrieved and un-retrieved email for Google

subscribers) and information concerning subscribers and their use of Google services, such as account access information, email transaction information, and account application information. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

26. In general, an email that is sent to a Google subscriber is stored in the subscriber's "mailbox" on Google servers until the subscriber deletes the email. If the subscriber does not delete the email, the email can remain on Google servers indefinitely. Even if the subscriber deletes the email, it may continue to be available on Google's servers for a certain period of time.

27. A Google subscriber can also store with the provider files in addition to emails, such as address books, contact or buddy lists, calendar data, pictures (other than ones attached to emails), and other files, on servers maintained and/or owned by Google. In my training and experience, evidence of who was using an email account may be found in address books, contact or buddy lists, email in the account, and attachments to emails, including pictures and files.

28. In my training and experience, email providers generally ask their subscribers to provide certain personal identifying information when registering for an email account. Such information can include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative email addresses, and, for paying subscribers, means and source of payment (including any credit or bank account

number). In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users. Based on my training and my experience, I know that, even if subscribers insert false information to conceal their identity, this information often provides clues to their identity, location, or illicit activities.

29. In my training and experience, email providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (*i.e.*, session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account. In addition, email providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the email account.

30. In my training and experience, in some cases, email account users will communicate directly with an email service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Email providers typically retain records about such communications, including records

of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

31. As explained herein, information stored in connection with an email account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, the information stored in connection with an email account can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, email communications, contacts lists, and images sent (and the data associated with the foregoing, such as date and time) may indicate who used or controlled the account at a relevant time. Further, information maintained by the email provider can show how and when the account was accessed or used. For example, as described below, email providers typically log the Internet Protocol (IP) addresses from which users access the email account, along with the time and date of that access. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the email account access and use relating to the crime under investigation. This geographic

and timeline information may tend to either inculpate or exculpate the account owner. Additionally, information stored at the user's account may further indicate the geographic location of the account user at a particular time (*e.g.*, location information integrated into an image or video sent via email). Last, stored electronic data may provide relevant insight into the email account owner's state of mind as it relates to the offense under investigation. For example, information in the email account may indicate the owner's motive and intent to commit a crime (*e.g.*, communications relating to the crime), or consciousness of guilt (*e.g.*, deleting communications in an effort to conceal them from law enforcement).

## CONCLUSION

32. Based on the forgoing, I request that the Court issue the proposed search warrant. Because the warrant will be served on Google, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

**REQUEST FOR SEALING**

33. I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation, including by giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, notify confederates, and flee from prosecution.

Respectfully submitted,
s/Brian Schenkelberg

Brian Schenkelberg
Special Agent, Federal Bureau of Investigation

Subscribed and sworn to before me on 11/1, 2018
s/Eric I Long

HON. ERIC I. LONG
United States Magistrate Judge
U.S. District Court for the Central District of Illinois

**ATTACHMENT A**
**PROPERTY TO BE SEARCHED**

This warrant applies to information associated with Google accounts mrfooliyon@gmail.com, idconnect161@gmail.com, and slumtheworld@gmail.com., that are stored at premises owned, maintained, controlled, and / or operated by Google, Inc., a company headquartered at 1600 Amphitheatre Parkway, Mountain View, California 94043.

**ATTACHMENT B**
**ITEMS TO BE SEIZED**

**I. Information to be disclosed by Google, Inc.:**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google, Inc., Google, Inc. is required to disclose the following information to the government associated with Google accounts mrfooliyon@gmail.com, idconnect161@gmail.com, and slumtheworld@gmail.com.

a. The contents of all emails and instant messages stored in the specified account, including copies of emails and instant messages sent to and from the account, draft emails, the source and destination addresses associated with each email or instant message, the date and time at which each email or instant message was sent, and the size and length of each email or instant message;

b. All records or other information regarding the identification of the email or instant messaging account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c. All records or other information stored by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files to also include any Gmail/Google drive contents;

d. All records pertaining to communications between Google, Inc., and any person regarding the account, including contacts with support services and records of actions taken.

**II. Information to be seized by the government:**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of the statutes listed on the warrant involving the Google accounts mrfooliyon@gmail.com, idconnect161@gmail.com, and slumtheworld@gmail.com, and occurring after July 1, 2016, including, for each user ID identified, information pertaining to the following matters:

a. Records related to violations of Title 18 U.S.C. § 1343, wire fraud.

b. Records relating to who created, used, or communicated with the accounts mrfooliyon@gmail.com, idconnect161@gmail.com, and slumtheworld@gmail.com; including records about their identities and whereabouts.

**III. Method of Service**

Notwithstanding Title 18, United States Code, Section 2252A [or similar statute or code], Google shall disclose responsive data, if any, by delivering encrypted files through Google's Law Enforcement Request System.